AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

Case 4:10-cr-40019-JPG  Document 20  Filed 04/08/13  Page 1 of 5  Page ID #140

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

FILED
APR 08 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

UNITED STATES OF AMERICA
v.
George Alan Weed

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:10CR40019-001-JPG
USM No. 06281-025

Judith A. Kuenneke, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) ___as alleged below___ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of False Statements | 08/21/2012 |
| Statutory | The defendant failed to make payments toward restitution | 07/30/2012 |
| Standard # 1 | The defendant traveled outside the district without permission | 09/05/2012 |
| Standard # 2 | The defendant failed to submit his monthly report | 03/31/2012 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6371

Defendant's Year of Birth: 1936

City and State of Defendant's Residence:
Benton, IL

04/04/2013
Date of Imposition of Judgment

*/s/ J. Phil Gilbert*
Signature of Judge

J. Phil Gilbert                                    District Judge
Name and Title of Judge

April 8, 2013
Date

DEFENDANT: George Alan Weed
CASE NUMBER: 4:10CR40019-001-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 3 | The defendant failed to provide truthful information about access to a bank account & affiliation with business | 08/21/2012 |

AO 245D   Case 4:10-cr-40019-JPG   Document 20   Filed 04/08/13   Page 3 of 5   Page ID #142
         (Rev. 09/11) Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page  3  of  5

DEFENDANT: George Alan Weed
CASE NUMBER: 4:10CR40019-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

3 months

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court strongly recommends that the defendant be placed in a Medical Facility.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☑ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D  Case 4:10-cr-40019-JPG   Document 20   Filed 04/08/13   Page 4 of 5   Page ID #143
         (Rev. 09/11) Judgment in a Criminal Case for Revocations
         Sheet 3 — Supervised Release

Judgment—Page 4 of 5

DEFENDANT: George Alan Weed
CASE NUMBER: 4:10CR40019-001-JPG

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

2 years

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 4:10-cr-40019-JPG Document 20 Filed 04/08/13 Page 5 of 5 Page ID #144
AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 3C — Supervised Release

Judgment—Page 5 of 5

DEFENDANT: George Alan Weed
CASE NUMBER: 4:10CR40019-001-JPG

## SPECIAL CONDITIONS OF SUPERVISION

X  The defendant shall spend the first 6 months of supervision in home confinement and be monitored by US Probation.

X  The defendant shall submit his person, residence, real property, place of business, computer or other electronic communication or data storage device or media, vehicle, or any other property under his/her control to a search, conducted by any United States Probation Officer and such other law enforcemet personnel as the probation officer may deem advisable and at the diretion of the United States Probation Officer, at a reasonable tiime and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release, without a warrant.  Failure to submit to such a search may be grounds for revocation.  the defendant shall inform any other residents that the premises or other property under the defendant's control may be subject to a search pursuant to this condition.

X  The defendant shall not incur new credit charges or open additional lines of credit without the prior approval of the probation officer.

X  The defendant shall provide the proabation officer and the Financial Litigation Unit of the United States Attorney's Office with access to any requested financial information.  The defendant is advised that the probation office may share financial information with the Financial Litigation Unit.

X  The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments and/ or any other anticipate or unexpected financial gains to the outstanding court-ordered financial obligation.  The defendant shall immediately notify the probation officer of the receipt of any indicated monies.

X  The defendant shall pay any outstanding restitution balance at the rate of $500.00 or ten percent of his net monthly income, whichever is greater, beginning within 30 days of the commencement of the term of supervision.

X  The defendant shall not be employed in any fiduciary position without prior permission from the court.  Any employment in a non-fiduciary position must be approved in advance by the probation officer.

X  The defendant shall disclose to the probation officer any relationship to any business entities that he is currently involved with, or has been involved with, in any capacity for the five years prior to the date of commencement of the supervision term.  The defendant must receive prior permission from the court to hold or continue to hold any positions with any business entities other than being an employee of the entity (i.e. shareholder, director, board member , registered agent, manager, owner, president, vice president, secretary, treasurer, etc. ).